# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150364(92)

HELEN YONO,
      Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.
_____/

SC: 150364
COA: 308968
Ct of Claims:  11-000117-MD

On order of the Chief Justice, the motion of the Michigan Municipal League and the Michigan Townships Association to participate as amicus curiae and to extend the time to file an amicus curiae brief in support of the application for leave to appeal is GRANTED.  The amicus brief submitted on February 3, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 10, 2015

